PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  0972 2:01CR00250** |
| ) | |
| **MICHAEL RAYE NOTHEM** ) | |

On March 12, 2002, the above-named was placed on Probation for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA
United States Probation Officer**

Dated:        August 29, 2006
              Redding, California

                   /s/ Richard A. Ertola
**REVIEWED BY:** _____
              **RICHARD A. ERTOLA
              Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    NOTHEM, Michael Raye
Docket Number:   0972 2:01CR00250
ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from Probation, and that the proceedings in the case be terminated.

DATED: September 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/nothem0250.ord

JNG:aph

Attachment:   Recommendation

cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office